# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
GHASSAN J. GHANNOUM,              *
CARL R. CARSON, JR.,              *
JOHN A. MOLINE IV,                *
ALI MORALES, ON BEHALF OF         *
THEMSELVES AND ALL OTHERS         *
SIMILARLY SITUATED,               *
                                  *   No. 18-516C
         Plaintiffs,              *   Filed: September 14, 2018
                                  *
     v.                           *
                                  *
UNITED STATES,                    *
                                  *
         Defendant.               *
                                  *
* * * * * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of the parties' September 13, 2018 joint stipulation of dismissal of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that all of plaintiffs' claims for "compensatory time," and for Saturday premium pay allegedly improperly omitted from "other paid leave," and "holiday pay," as set forth in paragraph 1 of the complaint are **DISMISSED**, with prejudice. Likewise, all of plaintiffs' claims encumbering non-supervisory positions for "retroactive Saturday premium pay" allegedly owed non-supervisory employees from January 11, 2004 to July 10, 2014, as set forth in paragraphs 2 and 8 of the complaint, are **DISMISSED**, with prejudice. The remainder of plaintiffs' claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**